UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 99-726<br>Hon. Alfred M. Wolin |
| DAVID CHANG, | |
| Defendant. | |

FILED //7

JUN 2 5 2002

AT 8:30 _____M
WILLIAM T. WALSH
CLERK

## NOTICE OF MOTION

TO: George S. Cannellos, Esq.
     OFFICE OF JAMES B. COMEY, ACTING UNITED STATES ATTORNEY
      FOR THE DISTRICT OF NEW JERSEY
     One St. Andrew's Plaza
     New York, New York 10007
     (914) 993-1943
     Attorneys for the United States

     Bruce S. Rosen, Esq.
     MCCUSKER, ANSELMI, ROSEN, CARVELLI & WALSH
     127 Main Street
     Chatham, New Jersey 07928
     (973) 635-6300
     Attorneys for Proposed Intervenors

     Bradley D. Simon, Esq.
     500 Fifth Avenue
     46th Floor
     New York, New York 10110-4699
     (212) 730-8900
     Attorney for Defendant David Chang

     PLEASE TAKE NOTICE that on July 1, 2002, at 9 a.m., or as soon thereafter as counsel can be heard, Senator Robert G. Torricelli, by and through his attorneys, Paul, Weiss, Rifkind, Wharton & Garrison, shall move, pursuant to Fed. R. Civ. P. 24(a), before the Honorable Alfred M. Wolin, United States District Court,

District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, to intervene in the above-captioned proceedings for the limited purpose of opposing the motion of proposed intervenors to unseal the Government's letter to the Court pursuant to United States Sentencing Guidelines Section 5K1.1 on behalf of the defendant, dated May 21, 2002. Pursuant to Local Civil Rule 7.1(e)(1), a proposed order is annexed hereto.

PLEASE TAKE FURTHER NOTICE that in support of the motion movant shall rely on the Memorandum of Law of Senator Robert G. Torricelli in Opposition to the Proposed Intervenors' Motion to Unseal Government's Letter Pursuant to United States Sentencing Guidelines Section 5K1.1.

Dated: New York, New York
June 25, 2002

                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON

                               By: _____
                                        Theodore V. Wells, Jr. (TW-2830)
                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        (212) 373-3000

                               Attorneys for Senator Robert G. Torricelli

CERTIFICATE OF SERVICE

James L. Brochin, hereby declares under penalty of perjury, pursuant to 28 USC Section 1746, that, on June 25, 2002, I caused a true copy of the foregoing document to be served upon the persons listed below by Federal Express.

George S. Cannellos, Esq.
OFFICE OF JAMES B. COMEY, ACTING UNITED STATES ATTORNEY
  FOR THE DISTRICT OF NEW JERSEY
One St. Andrew's Plaza
New York, New York 10007
(914) 993-1943
Attorneys for the United States

Bruce S. Rosen, Esq.
MCCUSKER, ANSELMI, ROSEN, CARVELLI & WALSH
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
Attorneys for Proposed Intervenors

Bradley D. Simon, Esq.
500 Fifth Avenue
46th Floor
New York, New York 10110-4699
(212) 730-8900
Attorney for Defendant David Chang

Dated: June 25, 2002

_____
James L. Brochin