**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED

| |
|---|
| UNITED STATES OF AMERICA, |
| Plaintiff, |
| v. |
| DAVID CHANG, |
| Defendant. |

JUL 0 2 2002

AT 8:30 _____ M
WILLIAM T. WALSH
Crim. No. 99-726
CLERK
Hon. Alfred M. Wolin

99CR736

RECEIVED-CLERK
U.S. DISTRICT COURT
2002 JUL -2 P 12: 11

## NOTICE OF APPEAL

Notice is hereby given that Senator Robert G. Torricelli hereby appeals to the United States Court of Appeals for the Third Circuit from the two Impounded Orders entered in this action on July 1, 2002.

Dated: New York, New York
       July 1, 2002

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

By: *Theodore V. Wells Jr.*
    Theodore V. Wells, Jr. (TW-2830)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Attorneys for Senator Robert G. Torricelli

TO:    Cathy Seibel, Esq.
OFFICE OF JAMES B. COMEY, ACTING UNITED STATES ATTORNEY
   FOR THE DISTRICT OF NEW JERSEY
300 Quarropas St. – 3rd Fl.
White Plains, New York 10601
(914) 993-1943

George S. Cannellos, Esq.
OFFICE OF JAMES B. COMEY, ACTING UNITED STATES ATTORNEY
   FOR THE DISTRICT OF NEW JERSEY
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2407
Attorneys for the United States of America

Bruce S. Rosen, Esq.
MCCUSKER, ANSELMI, ROSEN, CARVELLI & WALSH
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
Attorneys for Intervenors WNBC, The New York Times Company,
   Philadelphia Newspapers, Inc., North Jersey Media Group, Inc.,
   and ABC, Inc.

## CERTIFICATE OF SERVICE

James L. Brochin, an attorney, hereby certifies under penalty of perjury that I caused a true and correct copy of the attached Notice of Appeal to be served via Facsimile and Federal Express on each of the following counsel of record:

Cathy Seibel, Esq.
OFFICE OF JAMES B. COMEY, ACTING UNITED STATES ATTORNEY
  FOR THE DISTRICT OF NEW JERSEY
300 Quarropas St. – 3rd Fl.
White Plains, New York 10601
(914) 993-1943

George S. Cannellos, Esq.
OFFICE OF JAMES B. COMEY, ACTING UNITED STATES ATTORNEY
  FOR THE DISTRICT OF NEW JERSEY
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2407
Attorneys for the United States of America

Bruce S. Rosen, Esq.
MCCUSKER, ANSELMI, ROSEN, CARVELLI & WALSH
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
Attorneys for Intervenors WNBC, The New York Times Company,
  Philadelphia Newspapers, Inc., North Jersey Media Group, Inc.,
  and ABC, Inc.

_____
James L. Brochin

Dated: July 1, 2002