OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4938 |

www.ca3.uscourts.gov

July 2, 2002

**RECEIVED**
JUL 0 5 2002

NOTICE OF DOCKETING OF APPEAL

AT 8:30 ............................M
WILLIAM T. WALSH, CLERK
**FILED**
JUL 0 5 2002

USA v. Chang

No(s): 99-cr-00726-02   AT 8:30 _____M
WILLIAM T. WALSH
CLERK

(Honorable Alfred M. Wolin)

An appeal by **Robert G. Torricelli** was filed in the above-captioned case on 7/2/02, and docketed in this Court on 7/2/02, at No. **02-2839**.

Kindly use the Appeals Docket No. **02-2839** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk

By: Tonya Y. Wyche
Case Manager