BRUCE S. ROSEN (BSR 6852)
McCUSKER, ANSELMI, ROSEN,
CARVELLI & WALSH
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
Attorneys for Media Intervenors

FILED

JUL 23 2002

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 99-726 |
| v. : | Honorable Alfred M. Wolin, |
| : | U.S.D.J. |
| DAVID CHANG, : | ORDER |
| Defendant. : | |

WHEREAS counsel for Media Intervenors was instructed by the Court on July 1, 2002 in chambers not to distribute copies of the final redactions of the government's 5K Letter on behalf of David Chang ("5K Letter") to in-house counsel for each of the Media Intervenors, with the exception of Daniel Kummer for the National Broadcasting Company, who was present in Court.

WHEREAS the brief filed on behalf of Intervenor Senator Robert Torricelli in the Third Circuit Court of Appeals makes reference to the final redacted letter and the Senator filed a Motion seeking to seal the brief, and;

WHEREAS counsel for the Media Intervenors has applied to this Court for relief from the oral instruction, and in consideration and appreciation for the need for counsel to consult with in-house counsel for the individual Media Intervenors, and in

recognition of the need to clarify the stay restrictions not withstanding that the Third Circuit Court of Appeals has jurisdiction in this matter,

IT IS, on this 22 day of July, 2002,

ORDERED that counsel for Media Intervenors may make available to in-house counsel as listed below, **for their eyes only**, a copy of the final redacted 5K Letter, and the contents and such letter, once received, is not to be shown or provided to anyone. Counsel thereof shall not be discussed with anyone except counsel for the Media Intervenors designated for receipt of the 5K Letter are Betsy Schorr, Esq. for the American Broadcasting Companies, David McCraw, Esq. for the New York Times Company, Katherine Hatton, Esq. for Philadelphia Newspapers, Inc., and Jennifer Borg, Esq. for the North Jersey Media Group Inc, and it is further,

ORDERED that all other restrictions in the stay granted July 1, 2002 shall remain in effect until further Order of the Third Circuit Court of Appeals or this Court.

Alfred M. Wolin
United States District Judge

July 1, 2002